MARION CARLTON, Respondent, v. PHILIP J. CARLTON, Appellant.— In our opinion, defendant should be permitted to examine the minutes and all the financial statements for the last five years of R. M. H. Corp. in order to properly ascertain the value of plaintiff's holdings in that corporation. We find no proper basis in the record for a holding that that corporation will thereby be prejudiced. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.